1   ANN K. JOHNSTON, ESQ. (SBN 145022)
    BERGER KAHN
2   A Law Corporation
    (ajohnston@bergerkahn.com)
3   7200 Redwood Boulevard, Suite 325
    Novato, CA  94945
4   Tel:  (415) 899-1770  •  Fax: (415) 899-1769

5   Attorneys for Defendant Valley Forge Insurance Company

6

7

8
                    UNITED STATES DISTRICT COURT
9
        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10

11

12  GALLETTI & SONS, INC., dba          )   CASE NO. C 06 1876 SC
    GALLETTI CONCRETE                   )
    PUMPING, INC., a California         )
13  Corporation,                        )   **STIPULATION TO CHANGE THE**
                                        )   **HEARING DATE OF DEFENDANT'S**
14                     Plaintiff,       )   **MOTION FOR SUMMARY**
                                        )   **JUDGMENT AND TRIAL DATE;**
15  vs.                                 )   **ORDER**
                                        )
16  VALLEY FORGE INSURANCE              )
    COMPANY, a Pennsylvania             )
17  corporation, and DOES 1 through     )
    20, inclusive,                      )
18                                      )
                       Defendants.      )
19  _____ )

20        Plaintiff Galletti & Sons, Inc., dba Galletti Concrete Pumping (hereinafter

21  "Galletti") and defendant Valley Forge Insurance Company (hereinafter "Valley

22  Forge") hereby stipulate to the following:

23        WHEREAS, because of calendaring conflicts, the trial date of March 26,

24  2007 be rescheduled to June 18, 2007.

25        IT IS FURTHER STIPULATED AND AGREED by and between plaintiff

26  Galletti and defendant Valley Forge that the cut-off date to complete all discovery

27  and take depositions be continued to 60 days before the new Trial date.

28

1    IT IS FURTHER STIPULATED AND AGREED by and between plaintiff

2  Galletti and defendant Valley Forge that the last day for any motion to be heard be

3  continued to 40 days before the new Trial date.

4    IT IS FURTHER STIPULATED AND AGREED by and between plaintiff

5  Galletti and defendant Valley Forge that the pre-trial conference scheduled for

6  March 23, 2007, at 10:00 a.m. be continued to 5 days before the new Trial date.

7    In the event the trial date is continued to June 18, 2007, the parties further

8  stipulate as follows:

9    1.    The hearing date for Defendant Valley Forge Insurance Company's

10  motion for summary judgment be continued from October 27, 2006 to January 19,

11  2007 at 10:00 a.m. in Department 1.

12    2.    Based on the new hearing date, Plaintiff's opposition is due on

13  December 29, 2006, and Defendant's reply is due on January 5, 2007.

14  DATED:  September 29, 2006          SWEENEY, MASON, WILSON &
                                                      BOSOMWORTH
15

16

17  By:__/s/ Christopher J. Olson
          Christopher J. Olson
18  Attorneys for Plaintiff Galletti & Sons,
    Inc., dba Galletti Concrete Pumping,
19  Inc.

20  DATED: October 2, 2006          BERGER KAHN
                                            A Law Corporation
21

22

23  By:_/s/ Ann K. Johnston
          Ann K. Johnston
24  Attorneys for Defendant Valley Forge
    Insurance Company
25
      IT IS ORDERED that the Trial in the above-captioned matter currently
26
  scheduled for March 26, 2007, is continued to June 18, 2007.
27

28    IT IS FURTHER ORDERED that the last day for parties to complete

1    discovery and take all depositions is continued to _____.

2

3        IT IS FURTHER ORDERED that the last day for parties to notice motions is _____.

4

5        IT IS FURTHER ORDERED that the pre-trial conference scheduled for

6    March 23, 2007, at 10:00 a.m. be continued to _____.

7        IT IS FURTHER ORDERED that Defendant's motion for summary

8    judgment is continued from October 27, 2006, to _____, as

9    stipulated.

10

11    DATED: ___October___ __5___, 2006      _____

12                         JUDGE OF THE DISTRICT COURT

DENIED

Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DENNIS RAHN
A Law Corporation
7200 Redwood Blvd., Suite 325
Novato, CA  94945

Stipulation to Change Trial date and MSJ hearing date          Case No. C 06 1876 SC