| | |
|---|---|
| 1 | JOSEPH M. SWEENEY, ESQ. (78363) |
| 2 | CHRISTOPHER J. OLSON, ESQ. (192689) |
| | **SWEENEY, MASON, WILSON & BOSOMWORTH** |
| 3 | A Professional Law Corporation |
| | 983 University Avenue, Suite 104C |
| 4 | Los Gatos, CA  95032-7637 |
| | Telephone: (408) 356-3000 |
| 5 | Facsimile: (408) 354-8839 |

Attorneys for Plaintiff
GALLETTI & SONS, INC. dba
GALLETTI CONCRETE PUMPING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GALLETTI & SONS, INC., dba GALLETTI CONCRETE PUMPING., INC. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY FORGE INSURANCE COMPANY, a Pennsylvania corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.:  CV-0601876 SC<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND ORDER THEREON** |

   WHEREAS, because of Plaintiff's scheduling issues the parties have agreed to continue the hearing on Defendant Valley Forge Insurance Company's motion for summary judgment 21 days from October 27, 2006, to November 17, 2006.

   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Galletti & Sons, Inc. dba Galletti Concrete Pumping and Defendant Valley Forge Insurance Company that Defendant's motion for summary judgment, currently scheduled for October 27, 2006, at 10:00 a.m. in Courtroom 1, be continued to November 17, 2006, at 10:00 a.m.

---

**STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND ORDER THEREON**    1

| | |
|---|---|
| Dated: October ____, 2006 | **SWEENEY, MASON, WILSON & BOSOMWORTH** |
| | By:_____/s/_____<br>CHRISTOPHER J. OLSON, ESQ.<br>Attorneys for Plaintiff<br>GALLETTI & SONS, INC. dba<br>GALLETTI CONCRETE PUMPING, INC. |
| Dated: October ____, 2006 | **BERGER KAHN** |
| | By:_____/s/_____<br>ANN K. JOHNSON, ESQ.<br>Attorneys for Defendant<br>VALLEY FORGE INSURANCE COMPANY |

## **ORDER**

IT IS ORDERED that the hearing on Defendant Valley Forge Insurance Company's motion for summary judgment is continued from October 27, 2006, to November 17, 2006, at 10:00 a.m. as stipulated. The briefing schedule is as follows: Plaintiff's opposition is to be filed and served on or before October 27, 2006. Defendant's reply is to be filed and served on or before November 3, 2006.

Dated: October _10_, 2006

_____
JUDGE, UNITED STATES
DISTRICT COURT

*IT IS SO ORDERED*
*Judge Samuel Conti*

**STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND ORDER THEREON**   2