UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALLETTI & SONS,<br><br>        Plaintiff,<br><br>   v.<br><br>VALLEY FORGE INSURANCE COMPANY,<br><br>        Defendant. | No. C-06-1876 SC<br><br>ORDER RE:<br><u>SCHEDULING</u> |

    It is hereby ordered that Defendant Valley Forge Insurance Company's Motion for Summary Judgment be CONTINUED to December 8, 2006 at 10:00 A.M. for consideration simultaneously with Plaintiff Galletti & Sons' Motion for Partial Summary Judgment.

    IT IS SO ORDERED.

    Dated:   November 15, 2006

                                                        /s/ Samuel Conti<br>
                                                  UNITED STATES DISTRICT JUDGE