ANN K. JOHNSTON, ESQ. (SBN 145022)
BERGER KAHN
A Law Corporation
(ajohnston@bergerkahn.com)
7200 Redwood Boulevard, Suite 325
Novato, CA 94945
Tel: (415) 899-1770 • Fax: (415) 899-1769

Attorneys for Defendant Valley Forge Insurance Company

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GALLETTI & SONS, INC., dba GALLETTI CONCRETE PUMPING, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY FORGE INSURANCE COMPANY, a Pennsylvania corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C 06 1876 SC<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

IT IS HEREBY STIPULATED BETWEEN the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: January 23, 2007.

SWEENEY, MASON, WILSON & BOSOMWORTH

By: _____
Christopher J. Olson
Attorneys for Plaintiff Galletti & Sons, Inc., dba Galletti Concrete Pumping, Inc.

Stipulation of Dismissal and Order   1                              Case No. C 06 1876 SC

DATED: January ~~February 5~~, 2007.

BERGER KAHN
A Law Corporation

By: _____
Ann K. Johnston
Attorneys for Defendant Valley Forge
Insurance Company

IT IS SO ORDERED AS STIPULATED.

DATED: 2/9, 2007.

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Samuel Conti*

BERGER KAHN
A Law Corporation
7200 Redwood Blvd., Suite 325
Novato, CA 94945

Stipulation of Dismissal and Order

2

Case No. C 06 1876 SC